# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| ADAM LARKIN, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 21-6011-CV-SJ-FJG |
| PRIMARY-COLONIAL MANAGEMENT GROUP, LP | ) ) ) ) |
|     Defendant. | ) ) |

# ORDER

Currently pending before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) (Doc.# 9). Plaintiff moves to voluntarily dismiss this case with prejudice against defendant Primary-Colonial Management Group, LP. For good cause shown, the Court hereby **GRANTS** plaintiff's Motion to Dismiss and **DISMISSES** the above entitled action against this defendant with prejudice.

Date: April 19, 2021　　　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge